UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAUL F. NODAL, M.D.,

    Plaintiff,

v.        Case No. 8:11-cv-1143-T-24MAP

INFINITY AUTO INSURANCE COMPANY
f/k/a LEADER INSURANCE COMPANY,

    Defendant.

_____/

**ORDER**

This cause is before the Court on Defendant's amended motion to compel (doc. 29) and motion to compel (doc. 30). Local Rule 3.01(b) states that, "[e]ach party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request…" L.R. 3.01(b), M.D. Fla. Plaintiff has elected to not file a response.[1] I construe Plaintiff's failure to respond as lack of opposition. Accordingly, it is hereby

ORDERED:

1. Defendant's amended motion to compel (doc. 29) is granted. Within 10 days of this Order Plaintiff is to provide answers to interrogatories 1, 2, 3, 4, 5, 6, 7, 8 , 9, 10, and 11. In addition, within 10 days of this Order Plaintiff is to comply with Defendant's request for production as to request number 1, 2, 3, 6 , 7, 8, 13, 14, 15, 16, 17, and 21.

---

[1] I note that due to the three-day mailing rule, motions are ripe after the seventeenth day, or on day eighteen. Regardless, Plaintiff has failed to file any response.

2. Defendant's motion to compel (doc. 30) is granted. Within 10 days of this Order Plaintiff is to produce documents responsive to Defendant's Rule 26(a)(1)(A)(ii) numbers 1, 3, and 4. In addition, within 10 days of this Order Plaintiff is to provide a computation and any documents supporting Plaintiff's claims for damages. *See* Fed.R.Civ.P. 26(a)(1)(A)(iii).

DONE and ORDERED at Tampa, Florida on April 17, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record