UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAUL F. NODAL, M.D.,

    Plaintiff,

v.                                              Case No. 8:11-cv-1143-T-24MAP

INFINITY AUTO INSURANCE COMPANY
f/k/a LEADER INSURANCE COMPANY,

    Defendant.

_____/

**ORDER**

This cause is before the Court on Defendant's motion to compel, for sanctions, and an order to show cause (doc. 35). Plaintiff has failed to attend a noticed deposition at an agreed upon date and place, now resulting in Defendant's motion for incurred legal fees of $3440.50, in addition to court reporter and videographer fees totaling $245.00. *See* doc. 35-3. Defendant also moves the court for an order to show cause why the case should not be dismissed for Plaintiff's failure to cooperate with discovery requests. Plaintiff has failed to respond.

According to Fed.R.Civ.P. 37(d)(1)(A)(i) a court may issue sanctions for a party's failure to attend its own deposition. Rule 37(d)(3) states, "…the court must require the party failing to act, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." *See* Fed.R.Civ.P. 37(d)(3). Plaintiff has failed to advance any justification, let alone substantial justification.

Furthermore, Local Rule 3.01(b) states that, "[e]ach party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request…" L.R. 3.01(b), M.D. Fla. Plaintiff has elected to not file a response. I construe Plaintiff's failure to respond as a lack of opposition. Accordingly, it is hereby

ORDERED:

1. Defendant's motion to compel, for sanctions, and an order to show cause (doc. 35) is granted in part and denied in part. Defendant's motion to compel Plaintiff's attendance at a deposition is granted and Plaintiff is to attend a deposition within 30 days of this order. Defendant's motion for sanctions is granted in the amount of $3685.50. Defendant's motion for an order to show cause why the case should not be dismissed is denied.

DONE and ORDERED at Tampa, Florida on April 17, 2012.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record